## BUCKEYE UNION CASUALTY CO v STRASHUN et

Ohio Appeals, 1st Dist, Hamilton Co

Decided March 5, 1934

Kenneth P. Mooter, Cincinnati, for plaintiff in error.

Harmon, Colston, Goldsmith & Hoadley, Cincinnati, for defendant in error.

Henry E. Beebe, Cincinnati, for plaintiff in error.

Rubenstein & Falk, Cincinnati, for defendants in error.

For full opinion see 2 OO 48; 48 Oh Ap 450.

## HUGHES, Exr v REASNEOR et

Ohio Appeals, 2nd Dist, Darke Co

No 430.   Decided Dec 5, 1934

For full opinion see 2 OO 62; 194 NE 384; 48 Oh Ap 483.

## WILSON v RUDOLPH WURLITZER CO

Ohio Appeals, 1st Dist, Hamilton Co

Decided March 5, 1934